IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 1:22-mj-291 |
| ) | |
| Marquies Whittico-Hill ) | |
|    a/k/a ) | |
| Marques Whittico-Hill, ) | **UNDER SEAL** |
| ) | |
| ) | |
| Defendant.   ) | |

AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jonathan Boller, being duly sworn, depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I am currently assigned to the ATF Washington Field Division NIBIN Investigations Unit ("NIU"). I have been a Special Agent with ATF since August 2016. Prior to being hired by ATF, I served as a law enforcement officer in various capacities since 2007. This includes serving as a Special Agent with the United States Secret Service for approximately 2 years, where I received specialized training including certification in the Basic Investigation of Computer and Electronic Crimes Program (BICEP). As a Special Agent with ATF, I am authorized to investigate violations of the laws of the United States, and I have been involved with numerous criminal investigations involving violations of federal law. I am a law enforcement officer with authority to execute arrest and search warrants under the authority of the United States. See 18 U.S.C. § 3051.

1

2. As an ATF Special Agent, I have investigated and assisted in the investigation of violations of federal law involving controlled substances and the unlawful use of firearms. Many of these investigations led to the arrest and conviction of the individuals under investigation. In the course of conducting these investigations, I have used many different investigative techniques, including: interviewing and serving as the handler for informants and cooperating sources; conducting physical surveillance; consensual monitoring and recording of both telephonic and non-telephonic communications; analyzing telephone pen registers, caller identification data, social media communication records, as well as other information stored within cellular telephones and social media accounts; conducting court-authorized electronic surveillance including the use of cellular phone technology, cellular towers, and the analysis of historical cellular phone records for the purpose of determining the approximate location from which a phone was used at the particular time or range of times. I have also received advanced training including ATF's Advanced Investigative Techniques class, Glock Armorer certification, and the Basic level training through the Federal Bureau of Investigation Cellular Analysis Survey Team.

3. The facts in this affidavit come from personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. All observations not personally made by me were relayed to me by individuals who made them or are based on my review of reports, documents, and other evidence obtained during the investigation. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. Based on my training and experience, I know that it is a violation of Title 18, United States Code, Section 922(g)(1) for anyone who has been convicted of a crime punishable

by imprisonment exceeding one year to possess a firearm or ammunition. I submit this affidavit in support of a criminal complaint and arrest warrant charging MARQUES WHITTICO-HILL with possession of a firearm and ammunition by a prohibited person, in violation of Title 18, United States Code, Section 922(g)(1).

## PRIOR FELONY CONVICTIONS

5. From examining certified court records, I am aware that MARQUES WHITTICO-HILL a/k/a MARQUIES WHITTICO-HILL hereinafter WHITTICO-HILL, has been convicted of at least two offenses for which the potential sentence exceeds one year of incarceration. I have reviewed the identifiers for the person convicted of the below offenses and confirmed that they match that of the person described below. On March 3, 2017, WHITTICO-HILL was sentenced to 24 months incarceration and 3 years Supervised Release after entering a guilty plea to Assault with a Dangerous Weapon (Knife) in case 2014 CF3 021096 in the Superior Court of the District of Columbia. On this same date, WHITTICO-HILL was sentenced in case number 2016 CF2 015640 in the Superior Court of the District of Columbia, having entered a guilty plea to Unlawful Possession of a Firearm ( Crime of Violence) and was

sentenced to 42 months incarceration and 3 years Supervised Release. Your affiant has included copies of the Sentence of the Court for these matters below.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### PROBATION REVOKED

United States of America
Vs.

**MARQUIES WHITTICO-HILL**
DOB:

JUDGMENT IN A CRIMINAL CASE
(Incarceration)

Case No. **2014 CF3 021096**
PDID No.
DCDC No.

THE DEFENDANT HAVING BEEN FOUND GUILTY ON THE FOLLOWING COUNT(S) AS INDICATED BELOW:

| Count | Court Finding | Charge |
|---|---|---|
| 2 | Found Guilty - Plea | Assault With A Dangerous Weapon(Knife) |
| 3 | Found Guilty - Plea | Theft Second Degree |

### SENTENCE OF THE COURT

**Count 2: Assault With A Dangerous Weapon(Knife)** Sentenced to 24 month(s) incarceration, 3 year(s) supervised release., $100.00 VVCA, VVCA Due Date 09/01/2020

**Count 3: Theft Second Degree** Sentenced to 180 day(s) incarceration, $50.00 VVCA, VVCA Due Date 09/01/2020

*Credit for time served.*
*Counts are to run concurrent with each other and with 2016 CF2 15640.*
*Probation revoked.*

The defendant is hereby committed to the custody of the Attorney General to be incarcerated for a total term of **24 months**. MANDATORY MINIMUM term of _____ applies.

Upon release from incarceration, the Defendant shall be on supervised release for a term of: **3 years**

The Court makes the following recommendations to the Bureau of Prisons/Department of Corrections:

Total costs in the aggregate amount of $ **150.00** have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have  ☑ have not been paid.  ☐ Appeal rights given  ☐ Gun Offender Registry Order Issued
☑ Advised of right to file a Motion to Suspend Child Support Order  ☐ Sex Offender Registration Notice Given
☐ Domestic violence notice given prohibiting possession/purchase of firearm or ammunition
☐ Restitution is part of the sentence and judgment pursuant to D.C. Code § 16-711.  ☐ Voluntary Surrender

3/3/2017
Date

JULIET J MCKENNA
Judge

Certification by Clerk pursuant to Criminal Rule 32(d)

3/3/2017
Date

Svetlana Polonchuk
Deputy Clerk

Received by DUSM: Akstrom, C  Badge#: 57  Signature: _____  Date: 03/03/17  Time: 11:24
Printed Name

6. _____

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
Vs.

**MARQUIES WHITTICO-HILL**
DOB: ▮

JUDGMENT IN A CRIMINAL CASE
(Incarceration)

Case No. **2016 CF2 015640**
PDID No. ▮
DCDC No.

**THE DEFENDANT HAVING BEEN FOUND GUILTY ON THE FOLLOWING COUNT(S) AS INDICATED BELOW:**

| Count | Court Finding | Charge |
|---|---|---|
| 1 | Found Guilty - Plea | Unlawful Possession of a Firearm (Crime of Violence) |

### SENTENCE OF THE COURT

**Count 1: Unlawful Possession of a Firearm (Crime of Violence)** Sentenced to 42 month(s) incarceration, 3 year(s) supervised release., $100.00 VVCA, VVCA Due Date 09/01/2020

*Credit for time served.*
*Sentence is to run concurrent with sentence in 2014 CF3 21096.*

The defendant is hereby committed to the custody of the Attorney General to be incarcerated for a total term of **42 months**. MANDATORY MINIMUM term of **36 months** applies.

Upon release from incarceration, the Defendant shall be on supervised release for a term of: **3 years**

The Court makes the following recommendations to the Bureau of Prisons/Department of Corrections:

Total costs in the aggregate amount of $ **100.00** have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have ☑ have not been paid. ☐ Appeal rights given ☑ Gun Offender Registry Order Issued
☑ Advised of right to file a Motion to Suspend Child Support Order ☐ Sex Offender Registration Notice Given
☐ Domestic violence notice given prohibiting possession/purchase of firearm or ammunition
☐ Restitution is part of the sentence and judgment pursuant to D.C. Code § 16-711. ☐ Voluntary Surrender

3/3/2017
Date

JULIET J MCKENNA
Judge

Certification by Clerk pursuant to Criminal Rule 32(d)

3/3/2017
Date

Svetlana Polonchuk
Deputy Clerk

Received by DUSM: Alstrom, C  Badge#: 57  Signature: _____  Date: 03/03/17  Time: 11:24
Printed Name

6

POSSESSION OF FIREARMS AND AMMUNITION ON JULY 31, 2022

6. On July 31, 2022, Marques WHITTICO-HILL and three associates entered Sharp Shooters Indoor Range and Pro Shop in Lorton, Virginia, located within the Eastern District of Virginia. At approximately 3:59:30 PM, WHITTICO-HILL approached the staff and initiated the process to rent a firearm for use on Sharpshooters' indoor shooting range.  At 16:04:41 WHITTICO-HILL (wearing a green, blue, and white track suit with black and blonde hair) can be seen providing his identification card next to the register, to " an employee of Sharpshooters, who takes the identification card and manually enter the information from the ID into the computer.



7. At 16:07:49 the employee can be seen on the store's surveillance footage providing WHITTICO-HILL one of the store's tablet computers so that he (WHITTICO-HILL) can complete the store's range use agreement. As part of the range use agreement, customers are required to provide their name, date of birth, address, phone number, and email address. At approximately 16:10:26 WHITTICO-HILL submitted his range use agreement from the in-store tablet, providing

7

his true name and date of birth, corroborating his identity. Shortly before the timestamp visible on the range use agreement, at 16:10:14 WHITTICO-HILL can be seen handing the tablet to a female he entered the store with, as seen below.



8. At approximately 16:10:23 the female can be seen on video surveillance pressing on the tablet screen one last time before handing the tablet, received from WHITTICO-HILL, to the employee. Your affiant notes this occurs approximately 3 seconds before the account creation timestamp shown on the Range Use Agreement. At both this time and 16:10:26 no other customer in the showroom can be seen holding a store-owned tablet computer.

8





9. While WHITTICO-HILL was completing these tasks, employees of Sharpshooters retrieved the Glock 19Gen 5 (5th generation) that WHITTICO-HILL requested. The standard operating procedure requires the staff to retrieve the firearm and verify the

9

inventory number of the specific firearm that has been retrieved, a Glock 19 in this instance. Once the inventory number is confirmed by an employee it is then entered into the store's record keeping system which will automatically add the serial number for the specific firearm rented when the inventory number is entered (adding both to the receipt). The customer's identification will then be placed into an orange bucket where the rental firearm and ammunition will be placed after the inventory number is verified. Each orange bucket is marked with a unique numeric marking on the exterior.  The orange bucket remains in the possession of the showroom staff until it is physically brought into the Observation deck and given to a Range Safety Officer (RSO).  A copy of the receipt for WHITTICO-HILL's rental of the Glock 19 and purchase of ammunition is included below.



9.       The Observation Deck, where the Sharpshooters staff working in the showroom bring rental firearms once the rental process is completed, is a room that contains positions for the Range Safety Officer's (RSO) to observe the shooting lanes. This room is also the location where rental firearms are provided to the individuals who have rented them. Prior to the firearms being provided, a Range Safety Officer opens the orange container, verifies that the driver's license within the container matches the individual requesting the firearm, and places the renters' driver's license into a metal tray in the shooting lane where renter will be shooting on. The staff explained

to your affiant that this procedure exists to ensure the store's rental firearms are not removed from the store by customers.

10. After entering the Observation Deck, WHITTICO-HILL and his associates speak with the Range Safety Officers and complete the process described in paragraph 9. After completing the process, WHITTICO-HILL departs the Observation Deck carrying an orange plastic container and enters the shooting range.

11. At 16:29:27 WHITTICO-HILL is visible on Sharpshooters surveillance footage standing in lane 12 holding an object that is consistent in appearance with a Glock 19. WHITTICO-HILL then takes a shooting stance. WHITTICO-HILL's upper body can then be seen rocking backwards multiple times with a short pause in between, consistent with the appearance of a person absorbing the recoil from firing a pistol. During this time the camera's view of WHITTICO-HILL's hands is blocked by the ballistic barrier between shooting lanes. After finishing shooting, WHITTICO-HILL steps backwards to a location where his hands can be seen. At that time, he can be seen holding an object consistent with a Glock 19 in a two handed grip consistent with a grip used to shoot a pistol. At 16:31:30 the pistol is visible in surveillance footage being held by WHITTICO-HILL in his right hand. At that moment the pistol can be seen as having an orange magazine floorplate and a white sticker on the forward portion of the grip. These are two features that are unique to the rental firearms at Sharpshooters, illustrating that the pistol possessed by WHITTICO-HILL was in fact a firearm rented from Sharpshooters.





12.     After WHITTICO-HILL shoots several more rounds through the Glock 19 he brings the paper target he had previously placed on the target system and sent down range back to the shooting booth. At this point WHITTICO-HILL can been seen looking at the target and seemingly expressing pride over the accuracy of his shooting to a colleague. WHITTICO-HILL can then be seen activating the camera feature on his phone and taking an image of the target as shown in the image below.

14



13.     At 16:38:06 WHITTICO-HILL is handed a firearm that had been rented by Hassan Graves (one of the individuals with whom WHITTICO-HILL entered the shooting range and who has been charged in Crim No. 1:22-cr-179 (TSE)). Specifically, the firearm given to WHITTICO-HILL by Hassan Graves was a Glock model 23gen4 (4th generation) bearing serial number BMTM478. At 16:37:54 WHITTICO-HILL's hands can be seen to be empty as he enters booth

15

13 (in which Graves had been shooting). WHITTICO-HILL then enters booth 13, picks up the Glock 23 and fires multiple rounds. WHITTICO-HILL briefly turns around and holds the Glock 23 at an angle in which it can been seen on camera at 16:38:27. Images showing both events are included below.



14.     WHITTICO-HILL then returns to his booth and resumes shooting the Glock 23 he rented before returning the rental firearm to the store and departing. At 17:24:44 on July 31, 2022, WHITTICO-HILL can be seen on the store's video surveillance exiting Sharpshooters.

<u>IDENTIFICATION OF WHITTICO-HILL</u>

15.     After reviewing the above information provided during the firearm rental process your affiant queried WHITTICO-HILL through law enforcement databases. Your affiant learned the birthday of MARQUES WHITTICI-HILL. Your affiant also learned that on May 19, 2020,

WHITTICO-HILL was arrested by the Metropolitan Police Department for the District of Columbia, and he provided the same date of birth as that contained in the law enforcement database. Additionally, on that same date, WHITTICO-HILL provided a Washington D.C. address, and was booked under an MPD PDID (Police Department Identification Number), all of which exactly match the information on the documents from the Superior Court of the District of Columbia, as well as the documents from Sharpshooters on July 31, 2022. Your affiant has included below a photograph taken of Marquis WHITTICO-HILL as part of the booking process to serve as an exemplar of his likeness, as well as sample images taken from the surveillance footage captured on July 31, 2022, at Sharpshooters. For these reasons, your affiant believes that Marquis WHITTICO-HILL provided his true identification and provided his true name while present at Sharpshooters on July 31, 2022.



*Image taken May 2020*



*Image taken July 31, 2022*



16.     Your affiant knows that all the Glock pistols within the rental inventory of Sharpshooters and all the ammunition sold at Sharpshooters are received from distributors located outside the Commonwealth of Virginia, and thus the above-described firearm and ammunition has moved in interstate commerce.

25.     Based on my training and experience, I know that the firearms possessed by WHITTICO-HILL at Sharpshooters constitute firearms pursuant to Title 18, United States Code, Section 921(a)(3), and were also not manufactured in the Commonwealth of Virginia; therefore, these firearms traveled in, and/or affected interstate commerce. I have also spoken with the management of Sharpshooters Indoor Shooting range, which holds a Federal Firearms License, and confirmed that both the Glock pistols within their rental inventory and all of the ammunition they sell are

19

received in shipments from distributors outside the Commonwealth of Virginia; therefore, the ammunition possessed by WHITTICO-HILL traveled in interstate commerce. I also know that the ammunition possessed by WHITTICO-HILL constitutes ammunition pursuant to Title 18, United States Code, Section 921(a)(17).

## CONCLUSION

26. Based upon the foregoing, I submit there is probable cause to believe that on or about July 31, 2022, within the Eastern District of Virginia, MARQUIS WHITTICO-HILL did knowingly possess firearms and ammunition, in and affecting commerce, knowing that he was previously convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

JONATHAN BOLLER
Digitally signed by JONATHAN BOLLER
Date: 2022.10.21 08:52:02 -04'00'

Jonathan Boller
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to in accordance with
Fed. R. Crim. P. 4.1 by telephone on October 21, 2022:

John F. Anderson
Digitally signed by John F. Anderson
Date: 2022.10.21 12:04:45 -04'00'

The Honorable John F. Anderson
United States Magistrate Judge